UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AAFIA SIDDIQUI,  ) Case No. 1:21-cv-2455
FMC Carswell  )
J ST BLDG 3000  ) COMPLAINT FOR INJUNCTION RELIEF
Fort Worth, TX 76127  )
  )
    Plaintiff,  )
  )
  vs.  )
  )
DEPARTMENT OF JUSTICE FEDERAL  )
BUREAU OF PRISONS, 320 First St., NW  )
Washington, DC 20534

    Defendant

**INTRODUCTION**

1. This action is under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, for injunctive and other appropriate relief, requested by Plaintiff Aafia Siddiqui seeking the immediate release of agency records and medical files regarding the assault of Ms. Siddiqui on July 30, 2021 and her conditions of confinement. Retrieving this information is pivotal in assuring that Ms. Siddiqui does not remain unjustly confined in administrative segregation, receives appropriate medical treatment and securing possible evidence for future litigation concerning injuries.

2. Through this action, Ms. Siddiqui seeks to compel the Bureau of Prisons ("BOP") to release all medical records and all records concerning the assault of Ms. Siddiqui on July 30, 2021. This request includes any records filed concerning the assault, video/audio recording of the assault, medical reports, and examination of Ms. Siddiqui.

3. As an inmate in the United States, Ms. Siddiqui is afforded protection under the Eighth Amendment of the United States Constitution which prohibits cruel and unusual punishment and requires prisoners to have a minimum standard of living. Ms. Siddiqui was

the victim of a vicious assault, and her injuries were compounded by her subsequent placement in administrative segregation, this is cruel and unusual punishment.

4. To assure Ms. Siddiqui's safety and a minimum standard of living, Ms. Siddiqui requests the immediate release of agency records and medical files regarding the assault.

## JURISDICTION AND VENUE

5. This Court has both subject matter jurisdiction over this action and personal jurisdiction over the parties pursuant to 5 U.S.C. §§ 552(a)(4)(B), 552(a)(6)(E)(iii). Venue lies in this Court under 5 U.S.C. § 552(a)(4)(B).

## PARTIES

6. Plaintiff, Aafia Siddiqui is an inmate at the Carswell Federal Medical Center in Fort Worth, Texas.

7. Defendant U.S Department of Justice Federal Bureau of Prisons ("BOP") is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).

## STATEMENT OF FACTS

8. On July 30, 2021, inmate Barbara McCarty barged into Ms. Siddiqui's cell and brutally assaulted Ms. Siddiqui. McCarty is described as approximately 5'8 and heavyset. Ms. Siddiqui is 5'3 and weighs around a 100 pounds.

9. McCarty smashed a coffee mug filled with scalding hot liquid into Ms. Siddiqui's face. The shock from the violent attack left Ms. Siddiqui in excruciating pain and she curled up into a fetal position. McCarty then proceeded to punch and kick Ms. Siddiqui. When prison officials came Ms. Siddiqui was unable to walk and was taken to the infirmary in a wheelchair.

10. Ms. Siddiqui suffered from burns around her eyes, a three-inch scar near her left eye, a wound on her right cheek, and bruises on her arms and legs. It is unclear whether Ms. Siddiqui suffered any internal injuries.

11. After the assault, Ms. Siddiqui was inexplicably placed in administrative segregation pending an investigation. As a result of her placement in administrative segregation, Ms. Siddiqui no longer has access to her personal belongings and is subject to further restrictions in her movement. Placement in administrative segregation has caused compounded Ms. Siddiqui's mental and emotional trauma, as she is being punished for being the victim of a vicious assault.

12. On August 6, 2021, Ms. Siddiqui's attorney submitted a FOIA request to the BOP seeking records of the assault with a request to expedite under 552(a)(6)(e)(iii).

13. By a letter dated August 14, 2021, the BOP acknowledged receipt of the Request by email and assigned it reference number SCR 2021-06118. The BOP denied the request for expedited processing and assigned an estimated processing time of nine months.

14. Prior to the assault Ms. Siddiqui had filed FOIA requests seeking medical records and prison records, reference no. SCR 2021-03100 and reference no. SCR 2021-04178. These records are necessary to evaluate her current medical treatment and getting copies of administrative complaints regarding prisoner harassment previously filed by Ms. Siddiqui.

### FIRST CAUSE OF ACTION
(Violation of FOIA for failing to expedite Siddiqui Request)

15. Plaintiff Siddiqui repeats, realleges, and incorporates the allegations in the foregoing paragraphs as though fully set forth herein.

16. Defendant's failure to expedite the processing of Siddiqui requests violates FOIA, 5 U.S.C. § 552(a)(3)(A).

### SECOND CAUSE OF ACTION
(Violation of FOIA to make records available)

17. Plaintiff Siddiqui repeats, realleges, and incorporates the allegations in the foregoing paragraphs as though fully set forth herein.

18. Defendant's failure to make promptly available and to release the records requested by Plaintiff violates FOIA, 5 U.S.C. § 552(a)(3)(A).

**RELIEF REQUESTED**

WHEREFORE, Plaintiff respectfully prays that this Court:

a. Expedite consideration of this Complaint pursuant to 28 U.S.C. § 1657;

b. Order Defendant to provide Plaintiff full and copies of the records concerning the assault of Ms. Siddiqui and copies of her medical report.

c. Award Plaintiff the costs of this proceeding, including reasonable attorneys' fees as expressly permitted by FOIA; and

d. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted on September 17, 2021 by:

**Elbially Law Office PLLC**
By:   /s/ Marwa Elbially, Esq.
DC Bar No. 1697269
info@elbiallylaw.com
(972) 423-7330