UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AAFIA SIDDIQUI, | **)** | |
| | **)** | |
| *Plaintiff,* | **)** | |
| | **)** | |
| v. | **)** | Civil Action No. 21-2455 (CKK) |
| | **)** | |
| FEDERAL BUREAU OF PRISONS**,** | **)** | |
| | **)** | |
| *Defendant.* | **)** | |
| | **)** | |

## <u>NOTICE OF APPEARANCE</u>

Defendant request that the Clerk of the Court please enter the appearance of Assistant

United States Attorney Dedra S. Curteman as counsel for Defendant in the above-captioned case.

Dated: October 21, 2021
Washington D.C.

Respectfully submitted,

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
Telephone: (202) 252-2550
dedra.curteman@usdoj.gov

*Counsel for Defendant*