UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAFIA SIDDIQUI,              )<br>                              )<br>    *Plaintiff,*              )<br>                              )<br>    v.                        )<br>                              )<br>FEDERAL BUREAU OF PRISONS,    )<br>                              )<br>    *Defendant.*              )<br>                              ) | Civil Action No. 21-2455 (CKK) |

## JOINT STATUS REPORT

This case involves a Freedom of Information Act ("FOIA") request made by Plaintiff, Aafia Siddiqui, on August 6, 2021 regarding an alleged assault that occurred during Plaintiff's incarceration. The Parties, by and through undersigned counsel, report as follows regarding further proceedings in this case.

Following the filing of Plaintiff's complaint on September 22, 2021 (ECF No. 1), Defendant made productions to Plaintiff on October 12, 13, and 18, 2021. On December 17, the undersigned Assistant United States Attorney contacted Plaintiff's counsel to determine if Plaintiff had reviewed the productions and whether there are any remaining issues in this matter. Thereafter, on December 27, 2021, Plaintiff, by e-mail, indicated a number of issues with the productions, which Defendant is in the process of reviewing. In order to afford Defendant adequate time to review the issues identified by Plaintiff and for the Parties to work together to resolve the issues before pursuing litigation, the Parties respectfully request a further stay of sixty days. Should the Parties reach resolution without the need for litigation prior to the expiration of the stay, the Parties will promptly notify the Court. In the absence of a resolution, the Parties will file a Joint Status Report on March 3, 2022 setting forth their proposal for additional proceedings.

Dated:  January 3, 2022                              Respectfully submitted,

By: /s/Marwa Elbially
D.C. Bar No. 1697269
Elbially Law Office, PLLC.
704 East 15th Street
Plano, TX. 75082
(972) 423-7330
info@elbiallylaw.com

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-2550
Email:  dedra.curteman@usdoj.gov

*Counsel for Defendant*