UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AAFIA SIDDIQUI, | ) | |
| *Plaintiff,* | ) ) ) | |
| v. | ) ) | Civil Action No. 21-2455 (CKK) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) | |
| *Defendant.* | ) ) ) | |

## JOINT STATUS REPORT

This case involves a Freedom of Information Act ("FOIA") request made by Plaintiff, Aafia Siddiqui, on August 6, 2021 regarding an alleged assault that occurred during Plaintiff's incarceration. The Parties, by and through undersigned counsel, report as follows regarding further proceedings in this case.

Since the Parties' last status report, Defendant made a production of responsive, non-exempt documents on April 28, 2022. In order to afford Plaintiff adequate time to review the production and for the Parties to confer regarding any remaining issues, the Parties respectfully request a stay of 60 days for the Parties to continue to work towards resolution of this matter. Should the Parties reach resolution without the need for litigation prior to the expiration of the stay, the Parties will promptly notify the Court. In the absence of a resolution, the Parties will file a Joint Status Report on July 5, 2022 setting forth their proposal for additional proceedings.

Dated: May 4, 2022				Respectfully submitted,

							By: /s/Marwa Elbially
							D.C. Bar No. 1697269
							Elbially Law Office, PLLC.
							704 East 15th Street
							Plano, TX. 75082
							(972) 423-7330
							info@elbiallylaw.com

							*Counsel for Plaintiff*


							MATTHEW M. GRAVES, D.C. Bar #481052
							United States Attorney

							BRIAN P. HUDAK
							Chief, Civil Division

							By:  */s/ Dedra S. Curteman*
							DEDRA S. CURTEMAN
							IL Bar #6279766
							Assistant United States Attorney
							601 D St. N.W.
							Washington, D.C. 20530
							Telephone: (202) 252-2550
							Email:  dedra.curteman@usdoj.gov

							*Counsel for Defendant*