UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AAFIA SIDDIQUI, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Civil Action No. 21-2455 (CKK) |
| ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

**JOINT STATUS REPORT**

This case involves a Freedom of Information Act ("FOIA") request made by Plaintiff, Aafia Siddiqui, on August 6, 2021 regarding an alleged assault that occurred during Plaintiff's incarceration. The Parties, by and through undersigned counsel, report as follows regarding further proceedings in this case pursuant to the Court's November 8, 2022 Order.

Since the last reporting of the status of this matter, Plaintiff identified a number of issues with the produced video and Defendant provided answers to Plaintiff's identified issues. At this point, the Parties are willing to work together to reach mutual resolution without the need for further litigation and as such, request that they file a joint status report within the next 30 days, on or before March 10, 2023.

\*    \*    \*

Dated:  February 8, 2023	Respectfully submitted,

By: */s/Marwa Elbially*
D.C. Bar No. 1697269
Elbially Law Office, PLLC.
704 East 15th Street
Plano, TX. 75082
(972) 423-7330
info@elbiallylaw.com

*Counsel for Plaintiff*


MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  */s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
555 Fourth Street NW
Washington, D.C. 20530
Telephone: (202) 252-2550
Email:  dedra.curteman@usdoj.gov

*Counsel for Defendant*