IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AAFIA SIDDIQUI,<br>FMC Carswell<br>J ST BLDG 3000<br>Fort Worth, TX 76127<br><br>*Plaintiff*,<br><br>vs.<br><br>DEPARTMENT OF JUSTICE FEDERAL BUREAU OF PRISONS, 320 First St., NW<br>Washington, DC 20534<br><br>*Defendant*. | Case No. 1:21-cv-2455 |

## **MOTION FOR WITHDRAWAL OF ATTORNEY**

Per LCvR 83.6(c), this motion is brought by attorney Marwa Elbially to respectfully withdraw as counsel for the Plaintiff, Aafia Siddiqui. This motion is filed at the behest of the Plaintiff. Exhibit A.

Dated March 27, 2023

    Respectfully submitted,

    /s/ *Marwa Elbially*

    D.C. Bar No. 1697269
    Elbially Law Office, PLLC.
    704 East 15th Street
    Plano, TX. 75082
    (972) 423-7330
    info@elbiallylaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, a true and correct copy of the foregoing instrument has been served upon the Plaintiff, Aafia Siddiqui, via certified mail at:

FMC CARSWELL
FEDERAL MEDICAL CENTER
P.O. BOX 27137
FORT WORTH, TX  76127

/s/ *Marwa Elbially*

D.C. Bar No. 1697269
Elbially Law Office, PLLC.
704 East 15th Street
Plano, TX. 75082
(972) 423-7330
info@elbiallylaw.com