Ms. Marwa Elbially,

Kindly transfer what you have of my case to Mr. Stafford Smith and please stop representing me in everything. Thank you for your services of the past.

Aafia Siddiqui
March 24, 2023
FMC Carswell

