AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AAFIA SIDDIQUI, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 21-cv-2455 (CKK) |
| FEDERAL BUREAU OF PRISONS | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

AAFIA SIDDIQUI

Date:   04/14/2023

*Attorney's signature*

Clive Stafford Smith  14,444 (Louisiana)
*Printed name and bar number*
51 East Street
Bridport, Dorset DT6 6HJ
U.K.
Tel: +44 7885 649246
*Address*

clivestaffordsmith2020@gmail.com
*E-mail address*

-
*Telephone number*

*FAX number*